IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00788-REB-MEH

DONALD A. SYDNEY,

    Plaintiff,

v.

CONMED ELECTRICAL SURGERY, d/b/a ASPEN LABORATORIES, INC.,
RODNEY DAVIS,
DAVE REED, and
RON SHORES,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 31, 2006.**

    The request being timely, and upon indication of no objection by the Defendants, Plaintiff, Donald A Sydney [sic], Unopposed Motion for Leave of Court to File an Amended Complaint[Filed July 29, 2006; Docket #12] is **granted**.

    Plaintiff failed to tender a proposed Second Amended Complaint and Jury Demand to the Court with his motion. Therefore, on or before August 7, 2006, the Plaintiff shall file his Second Amended Complaint and Jury Demand with the office of the Clerk of this Court in accordance with the District of Colorado Electronic Case Filing ("ECF") Procedures. Plaintiff's Second Amended Complaint and Jury Demand shall be in the same format and substance as discussed in his motion and as agreed upon by the Defendants in the D.C.COLO.LCivR 7.1(A) conference.