IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00788-REB-MEH

DONALD A. SYDNEY,

      Plaintiff,

v.

CONMED ELECTRICAL SURGERY, d/b/a ASPEN LABORATORIES, INC.,
RODNEY DAVIS,
DAVE REED, and
RON SHORES,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 17, 2007.**

      For good cause shown, the Unopposed Motion for Entry of Stipulated Protective Order [Filed January 16, 2007; Docket #30] is **granted**.   The Protective Order shall enter separately.