**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 06-cv-00788-REB-MEH

DONALD A SYDNEY,

      Plaintiff,

v.

CONMED ELECTRICAL SURGERY, d/b/a ASPEN LABORATORIES, INC.,
RODNEY DAVIS,
DAVE REED, and
RON SHORES,

      Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter comes before the court on the **Stipulation of Dismissal with Prejudice of All Claims Against Defendant David Reed** [#35], filed February 9, 2007. After careful review of the stipulation and the file the court has concluded that the stipulation should be approved and that plaintiff's claims against defendant Dave Reed should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation of Dismissal with Prejudice of All Claims Against Defendant David Reed** [#35], filed February 9, 2007, is **APPROVED**;

      2.  That plaintiff's claims against defendant Dave Reed **ARE DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3.  That defendant Dave Reed is **DROPPED** as a named party to this action, and

the case caption is amended accordingly.

Dated February 9, 2007, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge